**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-30227 |
| Plaintiff - Appellee, | D.C. No. 3:11-cr-00019-TMB |
| v. | |
| DENNIS DALE HUBBLE, Jr., | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
Timothy M. Burgess, District Judge, Presiding

Submitted March 6, 2012[**]

Before:    B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

Dennis Dale Hubble, Jr. appeals from his 160-month sentence following his

guilty-plea conviction for four counts of bank robbery, in violation of 18 U.S.C.

§ 2113(a) and (d).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Hubble contends that the district court gave too much weight to its career offender finding and imposed a sentence that was greater than necessary under 18 U.S.C. § 3553(a). The record reflects that the district court carefully considered the section 3553(a) sentencing factors, and imposed a sentence reflective of Hubble's extensive criminal history, the need to protect the public, and Hubble's failure to be deterred. Hubble's sentence, 28 months below the advisory Sentencing Guidelines range, is substantively reasonable in light of the totality of the circumstances and the section 3553(a) sentencing factors. *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc).

**AFFIRMED.**